FILED / ENTERED ✓
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAULETTE E. GORDON | ) | 2:11-cv-00667-RLH-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | April 20, 2012 |
| | ) | |
| DEPT. OF COMMERCE, et al., | ) | |
| | ) | **MOTION TO** |
| Defendant(s). | ) | **TERMINATE** |
| | ) | **COMPLAINT** |

Plaintiff, Paulette E. Gordon, 36500 Bibbins, #423, Romulus, MI 48174, desires to terminate complaint entitled Gordon v. Department of Commerce, et al, Case #2:11-cv-00667-RLH-GWF, in reply to the NOTICE REGARDING INTENT TO DISMISS FOR WANT OF PROSECUTION PURSUANT TO LOCAL RULE 41-1. I applied for and was denied my request for legal representation in June 2011 rendering me incapable of proceeding with this case.

Date: 4/20/2012

_____
Complainant's Signature

Paulette E. Gordon
Printed Name

**IT IS SO ORDERED.**

_____
Roger L. Hunt
**UNITED STATES DISTRICT JUDGE**

**DATED:  April 26, 2012**