# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAULETTE E. GORDON,<br><br>            Plaintiff(s),<br><br>vs.<br><br>DEPT. OF COMMERCE and<br>GARY LOCKE,<br><br>            Defendant(s). | 2:11-cv-00667-RLH-GWF<br><br>**O R D E R** |

Pursuant to Magistrate Judge George Foley, Jr.'s Order (#2, filed May 20, 2011) wherein it was ordered that Clerk of Court shall send the appropriate forms to Plaintiff for her to apply to proceed in forma pauperis. Plaintiff did not apply to proceed in forma pauperis nor did not file a complaint

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above entitled matter be, and is hereby dismissed with prejudice for failure to comply with Order (#2) and failure to file a complaint and without a complaint there is no case.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a Judgment of Dismissal of this case in its entirety.

Dated: April 26, 2012.

_____
**Roger L. Hunt**
**United States District Judge**